

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:  12–23316 – PM    Chapter:  13**

| Clover A. Channer | Whitney M Channer |
|---|---|
| 12005 Lilium Lane | 12005 Lilium Lane |
| Glenn Dale, MD 20769 | Glenn Dale, MD 20769 |

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
## UPON FAILURE TO AMEND AND
## NOTICE THAT AUTOMATIC STAY IS TERMINATED

  By Order of Court entered on May 10, 2013, the Debtor(s) was/were given leave to file an amended plan by June 28, 2013, or to dismiss or convert this case to another chapter. Debtor(s) has/have failed to do so.

  It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

  ORDERED, that the above–captioned Chapter 13 case is DISMISSED; and it is further

  ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first remit therefrom to the Clerk unpaid filing and administrative fees of **$0.00** and then remit therefrom any unpaid claim allowed under 11 U.S.C. § 503(b); and

  ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor(s)
      Attorney for Debtor(s) – Terry Morris
      Chapter 13 Trustee – Timothy P. Branigan

### End of Order

18.2 – *khorning*